H. KAUFMAN, d/b/a LINCOLN UPHOLSTERY COMPANY, Plaintiff, *v.* ELEANOR HICKS, Defendant-Appellant—(SOUTH SHORE NATIONAL BANK OF CHICAGO, Garnishee-Defendant-Appellee.)

(No. 58094;

First District (3rd Division)—January 17, 1974.

Opinion by Mr. JUSTICE McGLOON.

Paul Beard, of Chicago, for appellant.

No appearance for appellee.